

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00730-CV

Candelario **MCGRAW**,
Appellant

v.

Alfred S. **LONGORIA** and VIA Metropolitan Transit Authority,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-01034
John D. Gabriel Jr., Judge Presiding

PER CURIAM

Sitting:    Rebecca Simmons, Justice
            Steven C. Hilbig, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  November 28, 2012

DISMISSED

Appellant has filed a motion to dismiss this appeal. The appellees were served with a copy of appellant's motion; the appellees have not filed a response. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of this appeal are taxed against the appellant. *See id.* R. 42.1(d).

PER CURIAM